Fresno Home Packing Company, Respondent, v. Turle & Skidmore, Appellant.— Determination affirmed, with costs. No opinion.

Andrew J. Kerwin, Jr., Appellant, v. Alfred Post and American Bonding Company of Baltimore, Respondents, Impleaded with Paul Shotland.— Judgment affirmed, with costs. No opinion.

Herman Scheideberg, Respondent, v. The New York and Harlem Railroad Company and The New York Central and Hudson River Railroad Company, Defendants. L. M. Berkeley, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ludlow W. Valentine, Appellant, v. John Muir, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of John Armstrong Chanler, a Lunatic. William Grey Maxwell, Appellant; Thomas T. Sherman, as Committee, etc., of John Armstrong Chanler, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Clifford N. Searle, Appellant, v. Halstead & Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., Required for the Opening and Extending of Briggs Avenue, etc., from the Bronx River to Pelham Bay Park, in the Twenty-fourth Ward, Borough of The Bronx, City of New York. Frank L. Bacon, Appellant.— Order affirmed, with ten dollars costs and disbursements, on *Matter of City of New York, Briggs Avenue* (118 App. Div. 224).

Eva Roxana Anderson, Respondent, v. Jane Ann Smitley, Individually and as Sole Heir at Law and Next of Kin of John Elmer Ellis, Deceased, and as Devisee and Legatee under the Last Will and Testament of John Elmer Ellis, Deceased, and Others, Appellants, Impleaded with John J. Lordon.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John Burke and Others, Suing on Behalf of Themselves, Individually and as Committee, etc., of St. John's Chapel, etc., Appellants, v. The Rector, Church Wardens and Vestrymen of Trinity Church, in the City of New York, a Cor-